■ FRANCIS MARINARO et al., Respondents, v BARBARA RADO-LINSKI, as Executor of EUGENE ZARAZINSKI, Deceased, Appellant.

(Appeal No. 1.) [803 NYS2d 498]—Appeal from an order of the Supreme Court, Erie County (Peter J. Notaro, J.), entered August 11, 2004. The order, insofar as appealed from, denied defendant's motion to set aside a jury verdict and grant a new trial.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (see Smith v Catholic Med. Ctr. of Brooklyn & Queens, 155 AD2d 435 [1989]; see also CPLR 5501 [a] [1], [2]). Present—Scudder, J.P., Martoche, Pine, Lawton and Hayes, JJ.